**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                           Case: 26-51449

       Jack Eugene Windsor                      Chapter 13

                                                Judge Tiffany Strelow Cobb

       Debtor

---

**OBJECTION TO CONFIRMATION**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

(1)  Requesting a copy of the debtor's personal and business tax returns for 2025.  For each of the debtor's operating businesses, requesting 12 months of profit/loss statements; ongoing monthly operating reports; business bank statements & a balance sheet.

(2)  The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: SOFA #27 discloses incomplete information.  Schedule C is applying an improper exemption on a trailer.  Requesting explanation for Schedule C exemptions applied to assets: Media Dynamics Group & Red Straw Marketing.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: May 21, 2026                          Respectfully submitted,


/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 1600
Columbus, OH  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing OBJECTION TO CONFIRMATION was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by approved bankruptcy notice provider Premium Graphics, Inc., a DNI Corp. Company by **first class mail** on May 22, 2026 addressed to:

> Jack Eugene Windsor
> 779 Walnut Dr N
> Mansfield, Oh 44904

/s/ Faye D. English
Faye D. English (0075557), Chapter 13 Trustee