**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

JACK EUGENE WINDSOR                     CASE NO.: 26-51449

                                        CHAPTER 13

              DEBTOR(S)                 JUDGE STRELOW COBB


**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTIONS**

Now comes, Faye D. English, Chapter 13 Trustee, and files this Objection to Exemptions

pursuant to Fed. Rule Bankr. Procedure 4003 for the reasons set forth below:

Debtor's Schedule A/B discloses the following assets: utility trailer, value = $500.00

(Document 1, page 12); Media Dynamics Group, 100% ownership, value = $1,750.00 (Document

1, page 19); and Red Straw Marketing, 100% ownership, value = $6,500.00 (Document 1, page

19).  Schedule C applies the O.R.C. § 2329.66(A)(4)(a) exemption on the utility trailer and

applies the O.R.C. § 2329.66(A)(14) exemption on the two disclosed businesses (Document 1,

page 23 and page 24).

The Trustee acknowledges that O.R.C. § 2329.66(A)(4)(a) can be used to claim an

exemption in a Chapter 13 Bankruptcy case.  In this case, the O.R.C. § 2329.66(A)(4)(a)

exemption is being misapplied on an asset that is disclosed on Schedule B as a vehicle under the

#4 category of Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other

vehicles and accessories.  The debtor counsel has not provided any further explanation/reasoning for the application of the O.R.C. § 2329.66(A)(4)(a) household goods bankruptcy exemption to this asset that is disclosed on Schedule B as a vehicle.

The Trustee acknowledges that O.R.C. § 2329.66(A)(14) can be used to claim an exemption in a Chapter 13 Bankruptcy case.  In this case, the O.R.C. § 2329.66(A)(14) exemption is being applied to business assets disclosed on Schedule B at #42 – interest in partnerships or joint ventures.  Our office has not been provided enough information regarding the disclosed businesses to determine if either of the businesses qualify for the claimed O.R.C. § 2329.66(A)(14) exemptions.  As the claimed O.R.C. § 2329.66(A)(14) exemptions are limited to interests in partnerships, it is the Trustee's position these exemptions are misapplied until further information can be provided to confirm the claimed O.R.C. § 2329.66(A)(14) exemptions have been properly applied.

WHEREFORE, Trustee submits that the Objection should be sustained and Debtor's claimed exemptions taken under O.R.C. § 2329.66(A)(4)(a) and O.R.C. § 2329.66(A)(14) as applied to the disclosed assets be disallowed in their entirety.

Respectfully submitted,

/s/ Faye D. English
Faye D. English (0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 1600
Columbus, Ohio 43215
614-420-2555
614-420-2550 fax
faye.english@ch13columbus.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

JACK EUGENE WINDSOR                    CASE NO.: 26-51449

                                       CHAPTER 13

            DEBTOR(S)                  JUDGE STRELOW COBB

### <u>NOTICE OF OBJECTION TO CLAIMED EXEMPTIONS</u>

Faye D. English, Chapter 13 Trustee, has filed an objection to the exemption(s) claimed by Debtor(s).

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to sustain the objection to exemption(s), then within **twenty one (21) days** from the service date of the objection, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Ste 1600
Columbus, OH 43215

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief requested.**

Date:   June 9, 2026                                    /s/ Faye D. English

                                                   Faye D. English   (0075557)
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, OH 43215
(614) 420-2555 telephone
(614) 420-2550 facsimile
faye.english@ch13columbus.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection to Claimed Exemption and Notice

of Opportunity to Object was served (i) **electronically** on the date of filing through the court's

ECF System on all ECF participants registered in this case at the email address registered with the

court and (ii) by **ordinary U.S. Mail** on June 9, 2026 addressed to:

Jack Eugene Windsor
779 Walnut Dr N
Mansfield, OH 44904

/s/ Faye D. English
Faye D. English (0075557)
Standing Chapter 13 Trustee