Form a0nfincs
(Rev. 12/24)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
| Jack Eugene Windsor | : | Case No. 26−51449 |
| | : | Chapter 13 |
| *Debtor.* | : | Judge Tiffany Strelow Cobb |
| | : | |
| SSN:     xxx−xx−4431 | : | |

### NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT

The Clerk hereby provides notice that, pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, a certificate regarding completion of a course in financial management is required before an order of discharge can be issued. If a certificate issued by the course provider is not filed within 30 days after the last plan payment was made or the filing of a motion for a discharge, the above−captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: June 30, 2026

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                                    Case No. 26-51449-tsc

Jack Eugene Windsor                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Jun 30, 2026 | Form ID: a0nfincs | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID**      **Recipient Name and Address**
db      +   Jack Eugene Windsor, 779 Walnut Dr N, Mansfield, OH 44904-1545

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Faye D. English | notices@ch13columbus.com |
| Mitchell Marczewski | on behalf of Debtor Jack Eugene Windsor mitch@zanesvillelawyer.com  MarczewskiLawOfficesLLC@jubileebk.net |

TOTAL: 3