IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 26-51449 |
| JACK EUGENE WINDSOR | : | |
| | : | Chapter 13 |
| | : | |
| Debtors | : | Judge Cobb |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

Amending Schedule C to:
- Delete the O.R.C. § 2329.66(A)(14) exemption on the two businesses
- Use the O.R.C. § 2329.66(A)(5) exemption on Red Straw Marketing
- The utility trailer line from Schedule A/B changed from 4.3 to 6.

Respectfully Submitted,
*/s/ Mitchell Marczewski (0073258)*
Attorney for Debtors
MARCZEWSKI LAW OFFICES LLC
1020 Maple Ave
Zanesville OH 43701
740-453-8900
740-453-8988 Fax
mitch@zanesvillelawyer.com

Fill in this information to identify your case:

| Debtor 1 | **Jack** | **Eugene** | **Windsor** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Ohio** _____

Case number **2:26-bk-51449**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2015 Nissan Altima**  **VIN:**  **1N4AL3AP6FC251336**  **Titled to Jack Windsor only** | **$3,570.00** | ☑ **$3,570.00**  ❑ 100% of fair market value, up to | **Ohio Rev. Code Ann. § 2329.66(A)(2)** |
| Line from *Schedule A/B:* **3.1** | | any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

| Debtor 1 | Jack | Eugene | Windsor | Case number *(if known)* **2:26-bk-51449** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2004 Ford E350**<br>**VIN:**<br>**1FDWE35L44HB49689**<br>**Titled to Jack Windsor only**<br>Line from *Schedule A/B:* **3.2** | **$2,300.00** | ☑ **$1,675.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| Brief description: **Misc furniture, value: $800; Misc appliances, value: $500; Misc lawn equipment, value: $200.**<br>Line from *Schedule A/B:* **6** | **$1,500.00** | ☑ **$1,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| Brief description: **Utility trailer, value: $500**<br>Line from *Schedule A/B:* **6** | **$500.00** | ☑ **$500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| Brief description: **Misc electronics**<br>Line from *Schedule A/B:* **7** | **$800.00** | ☑ **$800.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| Brief description: **Misc clothing**<br>Line from *Schedule A/B:* **11** | **$800.00** | ☑ **$800.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| Brief description: **Huntington**<br>**Checking account**<br>**Acct. No.: 5215**<br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| Brief description: **Huntington**<br>**Checking account**<br>**Acct. No.: 8415**<br>Line from *Schedule A/B:* **17** | **$130.00** | ☑ **$130.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |

Debtor 1    **Jack**          **Eugene**           **Windsor**                    Case number *(if known)* **2:26-bk-51449**

First Name      Middle Name      Last Name

| Part 2: | Additional Page |

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br><br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br><br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **PayPal** <br> **Other financial account** <br><br> Line from *Schedule A/B:* **17** | **$485.00** | ☑ **$485.00** <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| Brief description: **Venmo** <br> **Other financial account** <br><br> Line from *Schedule A/B:* **17** | **$15.00** | ☑ **$10.00** <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| Brief description: **Red Straw Marketing** <br><br> Line from *Schedule A/B:* **42** | **$5,500.00** | ☑ **$3,200.00** <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(5)** |

Fill in this information to identify your case:

Debtor 1      **Jack**          **Eugene**          **Windsor**
            First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing)
            First Name        Middle Name         Last Name

United States Bankruptcy Court for the:      **Southern District of Ohio**

Case number      **2:26-bk-51449**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____.  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Jack Eugene Windsor**

Jack Eugene Windsor, Debtor 1

Date **07/17/2026**
      MM/  DD/  YYYY

## CERTIFICATE OF SERVICE (LBR 9013-3)

I hereby certify that a copy of the foregoing <u>Amended Schedule C – The Property You Claim as Exempt</u> was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And by **first class mail** on <u>July 17, 2026</u> addressed to:

Attorney General of Ohio  Bankruptcy & Collections Enforcement 30 E Broad St Fl 14 Columbus OH 43215-3414
Bank of Missouri/Aspire  PO Box 309 Perryville  MO 63775-0309
Basicare Plus  1728 Sherch Blvd Wooster  OH 44691-9449
Brian M Garvine  Esq.  533 S 3rd St. Columbus  OH 43215-5720
CAPITAL ONE PO BOX 30285 SALT LAKE CITY UT 84130-0285
Chase Card Services  Attn: Bankruptcy PO Box 15299 Wilmington  DE 19850-5299
Chex Systems  2900 Lone Oak Pkwy Ste 125 Eagan  MN 55121-1594
Credit One Bank  PO Box 60500 City of Industry  CA 91716-0500
Department of Treasury  Financial Mgmt. Service PO Box 7346 Philadelphia  PA 19101-7346
Dept of Education  101 Marietta Tower Ste 2221 Atlanta  GA 30323
Discover Card  PO Box 30939 Salt Lake City  UT 84130-0939
Franklin County Common Pleas Court  Case No.: 25CV008084 345 S High St Columbus  OH 43215-4587
Franklin County Common Pleas Court  Case No.: 26CV000625 345 S High St. Columbus  OH 43215-4587
Gongwer News Service/Ohio  175 S 3rd St. Ste 325 Columbus  OH 43215-5188
IRS  PO Box 7346 Philadelphia  PA 19101-7346
JPMorgan Chase Bank  N.A.  s/b/m/t Chase Bank USA  N.A. Robertson  Anschutz  Schneid Crane & Partners  PLLC 6409 Congress Avenue  Suite 100 Boca Raton  FL 33487-2853
James & Theresa Kerg  4590 CR 35 N De Graff  OH 43318-9770
James F. Kerg  Jr.  533 South Third Street S 3rd Street Columbus  OH 43215-5720
Kairos Studio  GSTIN: 27AGWPK9810E1ZZ Ganesh Nagar  Gondia 441614 Maharashtra INDIA
LVNV Funding  LLC  Resurgent Capital Services PO Box 10587 Greenville  SC 29603-0587
Lehew & Associates  400 Lexington Ave. Mansfield  OH 44907-1353
Merrick Bank  Customer Service PO Box 9201 Old Bethpage  NY 11804-9001
Milestone Bank  310 S Main St. Ste 900 Salt Lake City  UT 84101-2659
Mission Lane/Webbank  PO Box105286 Atlanta  GA 30348-5286
OHIO BUREAU OF WORKERS' COMPENSATION PO BOX 15567 COLUMBUS OH 43215-0567
Ohio Dept Job & Family Services  Bankruptcy Section 30 E Broad St. 32nd Floor Columbus  OH 43215-3414
Ohio Dept of Taxation  Bankruptcy Division PO Box 530 Columbus  OH 43216-0530
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067
Regus  15305 Dallas Pkwy Ste 1200 Addison  TX 75001-6423
Regus  15305 Dallas Pkwy Ste 400 Addison  TX 75001-6922
Whitney Schroeder  779 Walnut Dr. N Mansfield  OH 44904-1545
Jack Eugene Windsor  779 Walnut Dr N Mansfield  OH 44904-1545

*/s/ Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**