Form vorder

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| *In re*: | : | |
| Jack Eugene Windsor | : | Case No. 26–51449 |
|  | : | Chapter 13 |
| *Debtor.* | : | Judge Tiffany Strelow Cobb |
|  | : | |
| SSN:    xxx–xx–4431 | : | |

## NOTICE OF ENTRY OF ORDER

Notice is hereby given that the following order was entered in the above–captioned case:

Confirmation hearing was scheduled for 7/21/2026 but not held. It is ORDERED that the Confirmation hearing is continued. Chapter 13 confirmation hearing shall be held on 8/18/2026 at 01:00 PM in Columbus Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215 before Judge Tiffany Strelow Cobb.

**IT IS SO ORDERED.**

/s/ Judge Tiffany Strelow Cobb

*This Notice of Electronic Filing is the official ORDER for this entry* (kcv)

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: 7/21/26

Copies to:

Debtor